# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER<br><br>    Plaintiff(s),<br><br>v.<br><br>OVC PROPERTIES LLC, et al.<br><br>    Defendant(s). | CASE NO. 2:21-cv-02793-DSF-JDE<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 7/30/2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 30, 2021

                                                     /s/ *Dale S. Fischer*
                                                   Dale S. Fischer
                                                   United States District Judge