# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br>Plaintiff,<br><br>v.<br><br>OVC PROPERTIES LLC, et al.,<br>Defendant. | CV 21-2793 DSF (JDEx)<br><br>AMENDED JUDGMENT |

The Court having granted Plaintiff James Shayler's Application for Default Judgment against Defendant OVC Properties LLC,

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages and $600 in attorneys' fees, for a total of $4,600. IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Additionally, Defendant is ordered to provide accessible paths of travel and compliant curb ramps into the American Health Solutions Pharmacy located at 3463 Overland Ave., Los Angeles, CA 90034, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: August 23, 2021

_____
Dale S. Fischer
United States District Judge